Submitted September 28; compensatory fine vacated; remanded for resentencing; otherwise affirmed November 2, 2016

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

PATRICK GARY HIGGINS,
aka Elmer Douglas Chobo,
*Defendant-Appellant.*

Deschutes County Circuit Court
10FE0011AB; A158720

383 P3d 1003

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Eric Johansen, Deputy Public Defender, Office of Public Defense Services, filed the opening brief for respondent. Patrick Higgins filed a supplemental brief *pro se.*

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Rolf C. Moan, Assistant Attorney General, filed the brief for respondent.

Before Duncan, Presiding Judge, and DeVore, Judge, and Garrett, Judge.

## PER CURIAM

Defendant appeals the trial court's judgment of conviction and sentence, assigning error to the trial court's imposition of an upward departure sentence and a $2,000 compensatory fine. We reject defendant's challenge to the upward departure sentence without written discussion, and we write only to address his challenge to the compensatory fine. Defendant argues, and the state concedes, that the record is insufficient to support the compensatory fine, which was imposed over defendant's objection. We agree. *See State v. Kennedy*, 227 Or App 281, 282, 205 P3d 65 (2009) (trial court lacked authority to impose a compensatory fine in the absence of evidence that the victim had sustained any pecuniary loss as a result of defendant's offenses).

Compensatory fine vacated; remanded for resentencing; otherwise affirmed.